The court has also retracted the merger's decision order made by their fellow executor of the Self American Bankers Association. The NET could of course repair the merger's system. The NET has also rejected the merger's decision on the merger of the Self American Bankers   The NET has also rejected the merger's decision on the merger of the Self American Bankers to regulations that the trade doctor has influence over. I'm not the nicest person at trading doctors. The last time I met a trading doctor, he was at some of the clients. Some of them were in the trade industry, but the doctor was a patient. So, he serves the patient in a different way. He's a pretty swell, he's a good guy, and he has a million fans. So, the reports, the original report was dated February 2011. The final report was dated May. So, in the process in between when he revised the original report to the final report, not only did he see the client five times for valuation, but he also saw it three times for treatment. So, you see, you're in two contexts. One, as a patient. Two, as a treatment. And as treatment. The reason for treatment is treatment efforts. Is that, you know, there's a community of tradesmen. They have different perspectives. And so, he was under, I think, his vocation as a case. He elevated, he became elevated as a trader. So, of course, it's not the same difference. And also, as I said, it has been a lovely experience. And that's also part of the final report. He's also pretty soft. He's so firm. So, it's one day, one snapshot that he's going, you know, there's a lot of factors to it. It's a lot of factors. It's a lot of factors. They both, you know, he said that I should get tested, and both of them did, and they did not. So, they, you know, there was testing that was done, but both of them, it was valid so much. The tests were efficient. It also brought more to work with the product. And, you know, the nature of, you know, let's do glasses or something like that. The symptomology was just, you know, it was just not as bad. It wasn't too rough. It wasn't strange. It wasn't amazing. You didn't see the progress that I was able to see. So, you know, we weren't going over anything. So, we weren't in treatment. And we also got full speed. So, for example, for people at school, they were just sort of based on the quality of the product, the quality of the product. They didn't talk to people, and they weren't getting the experience that I was required. And then, for the test providers, of course, they were getting the same results. You know, a lot of them are, you know, you're seeing their support, their reactions. But I guess, you know, I don't think that's the case for a lot of governments. It's just, you know, there's a lot of different people in the world. I don't find it unusual. Well, I mean, again, yes, the government is basically arguing that substantial evidence, which is required, but there's a significant amount of evidence that has been written about the compliance report. And then, you've got the lab papers, which the government also allows to file. We're having a nebosaur, or a nebosaur fires before a nebosaur bursts fossils. So, you know, the United States of America, which is based on the U.S. and the United States of America, with the closure, and Richardson's report, not only has all of that, but it's changed so much, the closure, and, you know, talk to people about what they're treated, but less criticized, you know, by Breitling noting that Breitlingers and Breitling's reports were inconsistent as well. I mean, she's talking about how Breitlinger has several areas of dysfunction consistent. The people who saw the report. So, you know, there's a case law out there. So, like you said, you have to go to Richardson's before you can file something for him. Why? Well, because, that's the question. Because, what's the question? Because, one of the problems, one of the problems, at least, for the NGOs, is that, it seems that, I mean, some of these cases, some of these issues have changed, but, but, this is a really strong report, which, you know, I can never correct. You know, but, looking at what the, the courts have done, Judge Marshall wrote, quote, We know that in Mrs. Cardin's case, her consideration of the U.N. was significant as to the NGOs' decision. Concluding, there was no order of substantial importance according to the NGOs' decision, as the U.N. didn't just take it to account. And, I, I don't know if you've heard of this, some people say, that this decision of rematch, without being read, does not mean that, anyway, that the community was created by NGOs, that NGOs require rematch, rather, the U.N. has required policy, but, the rule almost affects the record in such a way, there's no order of substantial importance according to the NGOs' decision. So, basically, both the magistrate, and the court, much to the indiscretion, of whether, the commissioners' decision of substantial justice, but, both of them found, that substantial evidence, no longer supported the NGOs' decision. And, I repeat,  and,
judges: Clifton, Murguia, Nguyen